The People of the State of New York,
against
Maurice Taite, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abena Darkeh, J.), rendered November 30, 2017, after a nonjury trial, convicting him of unlawful possession of marijuana in the second degree, and imposing sentence.




Per Curiam.
Appeal from judgment of conviction (Abena Darkeh, J.), rendered November 30, 2017, dismissed, as academic.
Defendant's November 30, 2017 conviction for unlawful possession of marijuana in the second degree (see Penal Law § 221.05) has been automatically "vacated and dismissed" and rendered "legally invalid," by operation of CPL 160.50(5), which became effective on August 28, 2019. Thus this appeal from said conviction must be dismissed as academic.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 22, 2019